396 A.2d 849

Zysk, Appellant, v. Eichenmiller et al.

Argued October 25, 1978. George E. Loebig, for appellant; Harry W. Miller, for appellee, Joseph Zysk; Jan C. Swensen, for appellee, Simon Eichenmiller.

Before CERCONE, WIEAND and LIPEZ, JJ.

Order affirmed.